IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                    4:10CV01119 WRW

$25,900.00 in U.S. Currency

### DECREE OF FORFEITURE

On August 4, 2010, a verified complaint in rem was filed against the defendant property. The complaint alleges that the currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6), because it constitutes proceeds of a drug trafficking offense or funds used to facilitate a drug trafficking offense.

It appearing that process was fully issued in this action and returned according to law;

On August 17, 2010, a copy of the complaint and notice of complaint for forfeiture was served on the property.

On August 19, 2010, a copy of the complaint and notice of complaint for forfeiture was served on Sammi Hantz, legal assistant to Brad J. Williams, the attorney representing the claimant, William Carl Parker. Such service occurred at Mr. Williams' law office in Conway, Arkansas.

Notice of Forfeiture was posted on www.forfeiture.gov for 30 consecutive days, beginning August 14, 2010 as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

No claims have been filed.

On October 21, 2010, a clerk's default was issued.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

(1) That the $25,900 in United States Currency is hereby forfeited to the United States of America to be disposed of according to law.

(2) That pursuant to 28 U.S.C. § 2465, reasonable cause existed for the seizure of the defendant currency.

IT IS SO ORDERED this 26th day of October 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE